IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                              RESPONDENT

v.                      Case No. 6:14-cr-60033
                        Civil No. 6:19-cv-6031

CEDRIC EASTER                                                              MOVANT

## ORDER

Before the Court is the Report and Recommendation filed August 23, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 126. Judge Bryant recommends that Movant Cedric Easter's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to U.S.C. § 2255 (ECF No. 120) be denied and that this case be dismissed with prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Easter's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to U.S.C. § 2255 (ECF No. 120) is **DENIED** and this case is **DISMISSED WITH PREJUDICE**. Further, the Court finds that an appeal from dismissal would not be taken in good faith and that no certificate of appealability should be issued.

**IT IS SO ORDERED**, this 4th day of October, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge